```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         NORTHERN DIVISION
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs                                      Case No.   12-20459
                                      HONORABLE THOMAS L. LUDINGTON

ANTHONY BENNETT,

        Defendant.

_____/

## INDEX OF EXHIBITS

Exhibit A:  Links to relevant articles from M-Live.

Exhibit B:  Links to relevant articles from CBS WNEM Channel 5.

Exhibit C:  Links to relevant articles from ABC Channel 12.

Exhibit D:  Links to relevant articles from 9&10News.

Exhibit E:  Links to relevant articles from miNBC Channel 25.

Exhibit F:  6/29/12 M-Live article (in anticipati on of Jamiee Chamberlain interview on "Nancy Grace")

Exhibit G:  6/30/12 M-Live article ("1000 articles" per Google).

Exhibit H:  7/11/13 Google search by counsel for relevant links.

Exhibit I:  8/12/12 article from *The Morning Sun*.

Exhibit J:  www.change.org "petition" for Defendant to receive the death penalty, with comments.

Dated: July 15, 2013                            s/John A. Shea
                                                  John A. Shea (P37634)
                                                  Attorney for Defendant
                                                  120 N. Fourth Avenue
                                                  Ann Arbor, Michigan 48104
                                                  (734) 995-4646
                                                  jashea@earthlink.net