```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          NORTHERN DIVISION
```

UNITED STATES OF AMERICA,

       Plaintiff,

vs                                      Case No.   12-20459
                                      HONORABLE THOMAS L. LUDINGTON

ANTHONY BENNETT,

       Defendant.
_____/

## INDEX OF EXHIBITS

<u>Exhibit A</u>:   DOJ "Fact Sheet" regarding PROTECT Act.

<u>Exhibit B</u>:   U.S. v. Dwayne Davis, 6th Circuit No. 11-3472 (8/20/13).


Dated: October 7, 2013                  s/John A. Shea
                                                 John A. Shea (P37634)
                                                 Attorney for Defendant
                                                 120 N. Fourth Avenue
                                                 Ann Arbor, Michigan 48104
                                                 (734) 995-4646
                                                 <u>jashea@earthlink.net</u>