2

United States District Court
Eastern District of Michigan

Anthony Michael Bennett,
    Movant,

v.

United States,
    Respondent

Case No. 12-20459

## Emergency Motion For Compassionate Release

Comes now Anthony Michael Bennett, pro se, pursuant to 18 USC 3582, by and through jailhouse lawyer Jeremy Pinson, and seeks compassionate release, as amended by the First Step Act of 2018. The COVID-19 pandemic has no recent analogue. The President declared a national emergency in an effort to address the spread of COVID-19. Thousands of BOP inmates are infected or dying. According to www.covidtracker.com 1,203,892 Americans are infected, and 71,043 are dead. Movant cannot follow any of the CDC's infection prevention guidelines in prison. He requested compassionate release from the Warden March 26, 2020 but received no response. The Movant has plans for housing, transportation, food. He has poor health conditions.

Wherefore this motion should be granted forthwith. Counsel should be appointed as Movant cannot barely read.

Anthony Bennett /ab/

Anthony Bennett #47387-039
USP Tucson  PO Box 24550
Tucson  AZ  85734

Jeremy Pinson #16267-064
United States Penitentiary Tucson
PO Box 24550
Tucson AZ 85734

Legal Mail

FEDERAL CORRECTIONS COMPLEX
9300 S. WILMOT ROAD
TUCSON, ARIZONA 85756

DATE: 5/11/20

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

48226-279426

RECEIVED
MAY 27 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

PHOENIX AZ 852
11 MAY 2020 PM 8 L

5-11-20

U.S. District Court
231 West Lafayette Blvd.
Detroit, MI, 48226